# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cristo Jesus Gastelum-Atondo,<br>(A209 799 859)<br>*Defendant* | Case No. 17-6286 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 8, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cristo Jesus Gastelum-Atondo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 20, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
Reviewed by: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 8, 2017, Cristo Jesus Gastelum-Atondo was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gastelum-Atondo was examined by ICE Officer C. Spohn who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 12, 2017, Gastelum-Atondo was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gastelum-Atondo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cristo Jesus Gastelum-Atondo to be a citizen of Mexico and a previously deported criminal alien. Gastelum-Atondo was removed from the United States to Mexico through Nogales, Arizona, on or about April 20, 2017, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Gastelum-Atondo in any Department of Homeland

1

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gastelum-Atondo's immigration history was matched to him by electronic fingerprint comparison.

4. On August 12, 2017, Cristo Jesus Gastelum-Atondo was advised of his constitutional rights. Gastelum-Atondo freely and willingly acknowledged his rights and declined to make any further satements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 8, 2017, Cristo Jesus Gastelum-Atondo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

///

///

///

States at or near Nogales, Arizona, on or about April 20, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Réne A. Lopez,
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3